THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HORACE BETTS, III, Appellant. [42 NYS3d 897]—Appeal from a judgment of the Ontario County Court (Frederick G. Reed,

A.J.), rendered March 6, 2014. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Lindley, DeJoseph, NeMoyer and Troutman, JJ.